UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                            CASE NO. 26-mc-50263

    Plaintiff,                  Hon. F.Kay Behm

-v-                           In Re Assignment, Subpoena

WAYNE DEMETRIUS GRIMES,

    Defendant.

_____

| | |
|---|---|
| KIMBERLY W. STOUT (P38588) | JULES DEPORRE |
| Attorney for Defendant | Assistant United States Attorney |
| 370 E. Maple Rd., 3rd Floor | 600 Church Street |
| Birmingham, MI  48009 | Flint, MI |
| (248) 258-3181 | (810) 232-3600 |

_____

## EMERGENCY MOTION/BRIEF TO QUASH AND DECLARE WITNESS UNAVAILABLE

*The AUSA does not object to relief*

WAYNE DEMETRIUS GRIMES, by and through his attorney, Kimberly W. Stout, respectfully requests this Honorable Court declare Mr. Grimes unavailable to testify in the matter of *United States v Omar Pouncy,* case no.23-cr-20262-01 on March 24, 2026.

Mr. Grimes testified previously against Mr. Pouncy stating that Mr. Pouncy was involved in a state car-jacking case with Mr. Grimes.  Mr. Gromes served ten (10) years in prison.

Following Mr. Pouncy's conviction, Mr. Pouncy filed appeals and a Petition for Writ of Habeas Corpus claiming that Mr. Grimes lied at that trial. Mr. Pouncy found a witness who claimed he, the witness, was in fact, the culprit, not Mr. Pouncy who committed the car-jacking with Mr. Grimes.

The State of Michigan was then able to prove that this witness of Mr. Pouncy was paid for his testimony and the witness committed perjury. Mr. Pouncy in now being charged by the federal government in the above referenced case with Subordination of Perjury, Witness Tampering and other charges. The matter is set for trial March 24, 2026 and Mr. Grimes is suffering a mental breakdown from the anxiety involved in appearing again to testify against Mr. Pouncy.

Years ago, Mr. Grimes had a mental collapse over his previous conduct in the car-jacking that sent him to prison for ten (10) years at a mere 17 years of age. He has finally, at 38 years old, put his life on a positive track.  He is now married, employed, and has four children, Akarik, Akiria, Leah and Skylar. He is working in logistics from 7:30 a.m. to 5:30 p.m., Monday through Friday. Should Mr. Grimes be forced to re-live his past by testifying again to the same things he previously testified to and was thoroughly cross examined about, concerning the car-jacking with Omar Pouncy, he may slip back into a serious depression.

Federal Rule of Evidence 804, states that a declarant is unavailable as a witness when he is suffering from an illness:

2

## Rule 804. Exceptions to the Rule Against Hearsay — When the Declarant is Unavailable as a Witness

**(a) Criteria for Being Unavailable.** A declarant is considered to be unavailable as a witness if the declarant:

**(1)** is exempted from testifying about the subject matter of the declarant's statement because the court rules that a privilege applies;

**(2)** refuses to testify about the subject matter despite a court order to do so;

**(3)** testifies to not remembering the subject matter;

**(4)** *cannot be present or testify at the trial or hearing because of death or a then-existing infirmity, physical illness, or mental illness*; or

**(5)** is absent from the trial or hearing and the statement's proponent has not been able, by process or other reasonable means, to procure:

    **(A)** the declarant's attendance, in the case of a hearsay exception under Rule 804(b)(1) or (6); or

    **(B)** the declarant's attendance or testimony, in the case of a hearsay exception under Rule 804(b)(2), (3), or (4).

But this subdivision (a) does not apply if the statement's proponent procured or wrongfully caused the declarant's unavailability as a witness in order to prevent the declarant from attending or testifying.

FRE 804(a)(emphasis added).

Here, Mr. Grimes currently treats with Jeffrey Steenbergh, for his mental breakdown.  A letter from Mr. Steenbergh confirms that Mr. Grimes is treating with in a program with Health Equity and Recovery Technologies,  and has been diagnosed with Posttraumatic Stress Disorder, Chronic. Mr. Grimes meets with the program Monday, Tuesday and Thursday weekly, plus receives individual treatment. *See* **Exhibit A.**

Mr. Grimes's wife, Ebony, writes as follows:

My husband has had a hard time mentally in the past. He went into a deep depression and would not leave the house, started sleeping more than usual, picked up heavy eating habits, and gave up on his hygiene. No matter how hard I try to lift him up and tell him he must let it go and that he's a great partner and father, it's still challenging getting him out of that mental state! Even when he talks about the event of when he had to testify, I could tell that it was triggering to talk about. He would get sweaty, shaky, and emotional. He has come a long way and made decent progress.

This past week has been sad and taken me through a mental breakdown as well. After finding out he must relive this same nightmare that traumatized him has sent him backwards, he does not want to leave the house (our daughter just started volleyball; she needs her dad's support, that's her practice buddy). He missed a week of work; he has not taken the kids to school because he doesn't want to leave the house and he is back to seeking a therapist to help him cope as an almost 40-year-old man for a mistake he made as a 17-year-old kid.

**Exhibit B.**

Mr. Grimes's mother, Verdia Valentine writes the Court as follows:

My name is Verdia Valentine and Wayne D. Grimes Jr. is my son. When he was a youth he got into some trouble, made bad choices and did somethings that he regrets and is remorseful about to this day. He made a decision when he went to court when he was a youth in 2006 to tell the truth. He did! He took responsibility for what he did and was sentenced to prison for almost 10 years. He did time and lost his youthfulness because of wrong decisions and actions he took. He returned home with a different attitude and mindset to be a better productive person in society. Wayne jr. battles with depression, anxiety he isolates himself a lot and takes medication to help him deal with those things. He has had suicidal thoughts in time past. Sometimes when reminiscing with him about certain events in his childhood before incarceration he tells me he doesn't remember that. He has a loss of appetite some days and then other days he eats (had surgery because he gained so much weight) to help him cope with what he did and knew was wrong in his youth and that there is nothing he can do now to change that. He is married now and has 3

4

girls and a stepson and has been employed at the same job for 9 years. Judge, my son has been working hard to live an exemplary life in society since he was discharged with a felony on his record. For him to have to go back in that court room and relive and rehash the mistakes of his youth would be extremely detrimental to his mental health. I ask for your mercy to please consider excusing him and not allow my son mental state to be placed in jeopardy. I don't know a lot about the judicial system or process but is it possible to use his testimony that he gave in 2006? Thanks Judge Behm for taking the time to read my petition to allow my son to be excused from going back in the courtroom and testifying over again and compromising the fragile state of his mental health.
Verdia Valentine

**Exhibit C.**

Further, Denise Grimes, Wayne's Sister, a licensed clinical social worker, writes this Court that Mr. Grimes suffered psychologically "being incarcerated at 17 [years old]." She believes that "his participation in any current legal cases would cause extreme distress, PTSD, psychosomatic changes, exhaustion, ongoing Anxiety, fatigue, stress, Depressed moods with intense mood swings as well as panic attacks, restlessness as well as exhaustion of current mental health symptoms. Additionally, a possible mental health inpatient hospitalization crisis could potentially occur." *See* **Exhibit D.**

WHEREFORE, Defendant prays this Honorable Court declare Wayne Grimes unavailable to testify.

Respectfully submitted,

/s/Kimberly W. Stout____
Kimberly W. Stout (P38588)
Attorney for Defendant
370 E. Maple Road, 3rd Floor
Birmingham, MI  48009
(248) 258-3181

Dated:  March 16, 2026

---

**PROOF OF SERVICE**

I hereby certify that on March 16, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

/s/ Kimberly W. Stout
KIMBERLY W. STOUT (P38588)
*Attorney for Defendants*
370 E. Maple Rd., Third Floor
Birmingham, MI 48009
248-258-3181

2