UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 OMAR RASHAD POUNCY,

Defendant.

_____/

Case No: 23-20262
Hon. F. Kay Behm
U.S. District Judge

Case No. 26-mc-50263

## MEMORANDUM ORDER

For the reasons stated on the record on March 25, 2026, the motion to quash in 26-mc-50263 regarding Mr. Wayne Grimes was granted, and Grimes was found to be unavailable as a witness under the meaning of Fed. R. Evid. 804(a)(4) for purposes of the trial held in Case No. 23-20262-1.

**SO ORDERED**.

Date: April 13, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

1